**Yitzchak Zelman**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, NJ 07712**
**Telephone: (732) 695-3282**
**yzelman@marcuszelman.com**
*Attorney for Plaintiff*


**Donald E. Bradley**
**MUSICK PEELER & GARRETT LLP**
**650 Town Center Drive, Suite 1200**
**Costa Mesa, CA 92626**
**Telephone: (714) 668-2447**
**d.bradley@musickpeeler.com**
*Attorney for Defendant*


## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **LILIAN STAPELBERG,** | **Case No.  3:25-cv-09694-RFL** |
| **Plaintiff,** | |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and FAY SERVICING, LLC,** | **Hon. Rita F. Lin** |
| **Defendants.** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | ORDER |

1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lilian Stapelberg and Defendant Trans Union, LLC ("The Parties") hereby stipulate to the Plaintiff's dismissal of all claims against Defendant **TRANS UNION, LLC, only,** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

DATED: June 10, 2026                              MARCUS AND ZELMAN, LLC


By: /s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Attorney for Plaintiff


DATED: June 10, 2026                              MUSICK PEELER & GARRETT LLP


By: /s/ Donald E. Bradley
Donald E. Bradley, Esq.
Attorney for Defendant

STIPULATION OF DISMISSAL WITH PREJUDICE

**Yitzchak Zelman**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, NJ 07712**
**Telephone: (732) 695-3282**
**yzelman@marcuszelman.com**
*Attorney for Plaintiff*


**Donald E. Bradley**
**MUSICK PEELER & GARRETT LLP**
**650 Town Center Drive, Suite 1200**
**Costa Mesa, CA 92626**
**Telephone: (714) 668-2447**
**d.bradley@musickpeeler.com**
*Attorney for Defendant*


**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **LILIAN STAPELBERG**, <br><br> Plaintiff, <br><br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, and FAY SERVICING, LLC,** <br><br> Defendants. | **Case No. 3:25-cv-09694-RFL** <br><br><br> **[~~PROPOSED~~] ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' June 10, 2026, Stipulation of Dismissal, all claims asserted against Defendant **TRANS UNION, LLC, only,** in Civil Action No. **3:25-cv-09694-RFL**, are dismissed with prejudice; and THAT all parties shall bear their own attorneys' fees and costs

incurred in this action.

**SO ORDERED THIS** __11th__ **day of** __June__ **, 2026.**

_____
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE